# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andrew C. Davis, III,

    Plaintiff(s),

vs.

The State of North Carolina et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv350

DECISION BY COURT. This action having come before the Court sua sponte and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/29/2008 Order.

Signed: September 29, 2008

Frank G. Johns, Clerk
United States District Court